## THE FIRST MUNICIPALITY *v.* DEVRON.

.The ordinance of the Council of the First Municipality, of 16 February, 1846, imposing a fine on persons selling groceries in certain market-houses of that municipality, is neither illegal nor unconstitutional.

APPEAL by defendant from a judgment of a Justice of the Peace in New Orleans. *Preaux* and *Morel*, for the plaintiffs. *Redmond*, for the appellant. The judgment of the court (*King*, J. absent,) was pronounced by

EUSTIS, C. J. This is an appeal from a judgment rendered by a justice of the peace, by which the municipality recovered the sum of fifteen dollars from the defendant, being the amount of a fine incurred under an ordinance approved the 16th of February, 1846, which imposed a fine on persons selling groceries in the markets.

We perceive nothing unconstitutional or illegal in this ordinance.

*Judgment affirmed.**

*A similar judgment was pronounced, at the same time, in a second case between the same parties, for another fine of fifty dollars.